This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**STATE OF NEW MEXICO,**

     Plaintiff-Appellee,

v.                                           **NO. 30,713**

**RUSSELL REED,**

     Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF EDDY COUNTY**
**J. Richard Brown, District Judge**

Gary K. King, Attorney General
Nicole Beder, Assistant Attorney General
Santa Fe, NM

for Appellee

Hugh W. Dangler, Chief Public Defender
Santa Fe, NM
Nia Rucker, Assistant Public Defender
Carlsbad, NM

for Appellant

<strong>MEMORANDUM OPINION</strong>

**KENNEDY, Judge.**

     Defendant appeals his conviction for aggravated battery on a household

member.  We issued a notice of proposed summary disposition proposing summary reversal on a basis that the State offered insufficient evidence to establish victim was a "household member" within the meaning of NMSA 1978, Section 30-3-11(A) (2010).  The State has responded that it does not oppose reversal of Defendant's conviction on that basis.

Accordingly, we reverse Defendant's conviction.

**IT IS SO ORDERED.**

_____
**RODERICK T. KENNEDY, Judge**

**WE CONCUR:**

_____
**JONATHAN B. SUTIN, Judge**

_____
**TIMOTHY L. GARCIA, Judge**